| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | **Brian Turner** | Social Security number or ITIN **xxx–xx–3598** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   **Northern District of Illinois** | | Date case filed in chapter **13**   **10/29/18** |
| Case number:  **18–30241** | | Date case converted to chapter **7**   **1/11/20** |

Official Form 309A (For Individuals or Joint Debtors)
## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline  12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at   www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | **About Debtor 1:** | | **About Debtor 2:** |
|---|---|---|---|---|
| 1. | **Debtor's full name** | Brian Turner | | |
| 2. | **All other names used in the last 8 years** | | | |
| 3. | **Address** | 5060 N. Marine Dr. Unit 5D Chicago, IL 60640 | | |
| 4. | **Debtor's attorney** Name and address | Joseph S Davidson Sulaiman Law Group, Ltd. 2500 S. Highland Ave Suite 200 Lombard, IL 60148 | | Contact phone (630) 575–8181 ext 116 Email: jdavidson@sulaimanlaw.com |
| 5. | **Bankruptcy trustee** Name and address | Frances Gecker 1327 W. Washington Boulevard Suite 5G–H Chicago, IL 60607 | | Contact phone 312–276–1400 Email: fgecker@fgllp.com |

**For more information, see page 2 >**

Debtor  **Brian Turner**                                                                                  Case number **18–30241**

| | | | |
|---|---|---|---|
| 6. | **Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at <u>www.pacer.gov</u>. | Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604 | Hours open:<br>8:30 a.m. until 4:30 p.m. except Saturdays, Sundays and legal holidays.<br><br>Contact phone 1–866–222–8029<br><br>Date: 1/15/20 |
| 7. | **Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **February 21, 2020 at 03:00 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br><br>**Debtors must bring a picture ID and proof of their Social Security Number.** | Location:<br><br>**219 South Dearborn, Office of the U.S. Trustee, 8th Floor, Room 800, Chicago, IL 60604** |
| 8. | **Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| 9. | **Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br><br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 4/21/20** |
| | | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| 10. | **Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| 11. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 12. | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at <u>www.pacer.gov</u>. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                          Case No. 18-30241-DDC
Brian Turner                                                                    Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: ckeith          Page 1 of 1          Date Rcvd: Jan 15, 2020
                             Form ID: 309A          Total Noticed: 13


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 17, 2020.
db           +Brian Turner,    5060 N. Marine Dr.,    Unit 5D,    Chicago, IL 60640-3213
27392828     +5040-60 Marine Drive Condominium Association,    Levenfeld Pearlstein LLC,    2 N LaSalle Street,
               Suite 1300,    Chicago IL 60602-3709
27275170     +Bayview Loan Servicing, LLC,    c/o The Wirbicki Law Group LLC,    33 W. Monroe, Suite 1140,
               Chicago, IL 60603-5332
27251443     +Edfinancial Services,    120 N. Seven Oaks Dr.,    Knoxville, TN 37922-2359
27316283     +Edfinancial on behalf of US Dept of Education,    120 N Seven Oaks Drive,
               Knoxville, TN 37922-2359
27251444     +Ms. Erin M. Mayer,    Levinfeld Pearlstein, LLC,    2 N. LaSalle St., Ste. 1300,
               Chicago, IL 60602-3709
27251445     +Sudler Property Management,    John Hancock Center,    875 N. Michigan Ave., Ste. 3980,
               Chicago, IL 60611-1990
27486396     +Troy Latkas,    5060 N Marine Dr,    Unit 5D,    Chicago IL 60640-3213

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty           E-mail/Text: jdavidson@sulaimanlaw.com Jan 16 2020 02:59:13      Joseph S Davidson,
               Sulaiman Law Group, Ltd.,    2500 S. Highland Ave,    Suite 200,    Lombard, IL  60148
tr           +E-mail/Text: fgecker@iq7technology.com Jan 16 2020 02:59:36      Frances Gecker,
               1327 W. Washington Boulevard,    Suite 5G-H,    Chicago, IL 60607-1912
27251441     +E-mail/Text: bkmailbayview@bayviewloanservicing.com Jan 16 2020 03:02:57
               Bayview Financial Loan,    Attn: Bankruptcy Dept.,    4425 Ponce De Leon Blvd. 5th Floor,
               Coral Gables, FL 33146-1873
27251442     +E-mail/Text: bkmailbayview@bayviewloanservicing.com Jan 16 2020 03:02:57
               Bayview Financial Loan,    4425 Ponce De Leon Blvd,    Coral Gables, FL 33146-1873
27420175     +E-mail/Text: bkmailbayview@bayviewloanservicing.com Jan 16 2020 03:02:57
               Bayview Loan Servicing, LLC,    4425 Ponce de Leon Blvd.,    5th Floor, BK Dept.,
               Coral Gables, FL 33146-1837
                                                                                       TOTAL: 5


          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 17, 2020                                    Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 15, 2020 at the address(es) listed below:
          Frances Gecker    fgecker@fgllp.com,
           fgecker@ecf.axosfs.com;csmith@fgllp.com;fgecker@iq7technology.com
          Jamie L Burns    on behalf of Creditor   5040-60 Marine Drive Condominium Association
           jburns@lplegal.com,   rwilliamson@lplegal.com;ikropiewnicka@lplegal.com
          Joseph S Davidson    on behalf of Debtor 1 Brian  Turner jdavidson@sulaimanlaw.com,
           courtinfo@sulaimanlaw.com;bkycourtinfo@gmail.com;ecfnotice@sulaimanlaw.com;sulaiman.igotnotices@g
           mail.com;bkecf_sulaiman@bkexpress.info;r46351@notify.bestcase.com;cjohnson@sulaimanlaw.com
          Lesley D Lueke    on behalf of Creditor   Bayview Loan Servicing, LLC bkecfinbox@aldridgepite.com,
           llueke@ecf.courtdrive.com
          Michael Dimand    on behalf of Creditor   BAYVIEW LOAN SERVICING, LLC mdimand@aol.com,
           bankruptcyfilings@wirbickilaw.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                       TOTAL: 6